# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC., MERRELL PHARMACEUTICALS INC. and CARDERM CAPITAL L.P., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 02-1322 (JAG/MCA) and Coordinated Civil Actions: <br><br> No. 03-1179 <br> No. 03-1180 <br> No. 03-5108 <br> No. 03-5829 <br> No. 04-222 <br> No. 04-1075 <br> No. 04-1077 <br> No. 04-1078 <br> No. 04-1731 <br> No. 04-2305 <br> No. 04-3194 <br> No. 04-3944 <br> No. 05-4255 <br> No. 06-1277 <br> No. 07-2454 |

## ORDER

This matter having come before the Court on application by plaintiffs Aventis Pharamaceuticals, Inc., Merrell Pharmaceuticals, Inc. and Carderm Capital L.P. ("Aventis") and defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's"), seeking an amendment of the August 19, 2009 Scheduling Order in these consolidated matters; and the Court having considered the September 22, 2009 joint status letter submitted by Connell Foley LLP on behalf of all parties; and it appearing to the Court that all parties, through counsel, have consented to the form of this Order, and good cause having been shown,

IT IS, on this ___ day of October, 2009,

**ORDERED THAT:**

1. The discovery schedule in Civil Action No. 02-1322 and in the following matters coordinated for pretrial purposes with that action (Nos. 03-1179, 03-1180, 03-5108, 03-5829, 04-222, 04-1075, 04-1077, 04-1078, 04-1731, 04-2305, 04-3194, 04-3944, 05-4255, 06-1277 and 07-2454) set forth in the August 19, 2009 Scheduling Order is vacated.

2. Dr. Reddy's must supplement its discovery pursuant to Fed. R. Civ. P. 26(e) by October 20, 2009.

3. Following Dr. Reddy's supplementation of discovery, Aventis shall serve a Rule 30(b)(6) notice of deposition concerning discovery provided by Dr. Reddy's following the close of fact discovery in these actions.

4. Within 15 days of receiving Aventis's Rule 30(b)(6) deposition notice, Dr. Reddy's shall identify one or more fact witnesses to be offered concerning topics for examination identified in the Rule 30(b)(6) deposition notice.

5. The next telephone status conference shall be at noon on November 18, 2009 and a joint status letter, not to exceed 5 pages, concerning any issues to be brought to the attention of the Court at that conference must be electronically filed and faxed to chambers by Friday, November 13, 2009.

6. This Order does not apply to any dates set forth in the Scheduling Order entered September 19, 2008 in Civil Actions Nos. 06-5463, 07-5054, 07-5180 and 08-254 and applied to Civil Action No. 09-325.

**SO ORDERED.**

Honorable Madeline Cox Arleo
United States Magistrate Judge