# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

PLEASE REPLY TO ROSELAND, N.J.

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA

WRITER'S DIRECT DIAL

December 4, 2009

**VIA ECF & FACSIMILE**
Honorable Madeline Cox Arleo
United States Magistrate Judge
Martin Luther King Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **Coordinated Allegra® Litigation (JAG/MCA)**
*Aventis and AMR v. Dr. Reddy's, No. 04-1075*

Dear Judge Arleo:

This firm, as well as the firms of Kaye Scholer LLP, and McDonnell Boehnen Hulbert and Berghoff LLP represent Aventis Pharmaceuticals, Inc., Merrell Pharmaceuticals, Inc., Carderm Capital L.P. ("Aventis"), in the above referenced actions. We write on behalf of Plaintiffs Aventis and AMR Technology, Inc. n/k/a Albany Molecular Research, Inc. to request a modification of the current briefing schedule for Plaintiffs' Motion to Strike. Specifically, Plaintiffs request the following revised briefing schedule, which does not alter the date set by Your Honor for oral argument on Plaintiffs Motion:

- Plaintiffs' Motion to Strike to be filed on December 9, 2009;
- Dr. Reddy's Opposition to be filed on December 22, 2009; and
- Plaintiffs' Reply to be filed on January 4, 2010;
- Oral Argument as scheduled on January 15, 2010 at 11:30 am.

2252494-01

Case 2:04-cv-01075-JAG-MCA  Document 121  Filed 12/04/09  Page 2 of 2

Honorable Madeline Cox Arleo, U.S.M.J.
December 4, 2009
Page 2


        Defendant Dr. Reddy's through counsel has consented to the above proposed modified briefing schedule provided the date set for oral argument is not reset.

        We thank the Court for its consideration of this request and are available should Your Honor need further information.

                           Respectfully Submitted,

                           *Liza M. Walsh*

                           Liza M. Walsh

cc:    All Counsel of Record in the Coordinated Actions (Via Email)

So ordered

M Cox Arleo

7 De 09