THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC., and AMR TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | Civil Action No. 04-1075(JAG/MCA) <br><br> **ORDER GRANTING MOTION PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE 16(f) AMD 37 TO STRIKE AND PRECLUDE RELIANCE ON THE OCTOBER 20, 2009, EXPERT REPORT OF DR. HUW DAVIES** |

This matter having come before the Court on motion filed by Plaintiffs Aventis Pharmaceuticals Inc. and AMR Technology, Inc. n/k/a Albany Molecular Research, Inc. (collectively "Plaintiffs"), (Docket Entry No. 123) for an Order pursuant to Fed. R. Civ. P.16(f) and 37 striking and precluding reliance on the October 20, 2009, Expert Report of Dr. Huw Davies; and the Court having considered the written submissions and oral argument of counsel on the record on Jan 15, for the parties; and good 2010 cause having been shown,

IT IS on this 15 day of January, 2010,

**ORDERED** that pursuant to Fed. R. Civ. P. 16(f) and 37 Plaintiffs' Motion to Strike and Preclude Reliance on the October 20, 2009, Expert Report of Dr. Huw Davies is **GRANTED**; and it is further

**ORDERED** that Dr. Reddy's Labs is precluded from relying on the October 20, 2009, Expert Report of Dr. Huw Davies.

_____
Hon. Madeline Cox Arleo, U.S.M.J

Tel any Mon, Feb 1 at 3:30. Ts counsel shall initiate.

2250538-01